# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| D'OLIVE BAY RESTORATION AND PRESERVATION COMMITTEE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS; et al., | ) ) ) | CIVIL ACTION NO. 05-0561-BH-D |
| Defendants, | ) ) |
| v. | ) ) |
| CYPRESS/SPANISH FORT I, L.P., | ) ) |
| Intervenor/Defendant | ) |

## JUDGMENT

Pursuant to the Findings of Fact; Conclusions of Law; and Order entered this day, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Defendants' Cross-Motions for Summary Judgment (Docs. 47 and 50) be and are hereby **GRANTED** while Plaintiff's Motion for Summary Judgment (Doc. 26) be and is hereby **DENIED**; that **JUDGMENT** be and is hereby entered in favor of the defendant, United States Army Corps of Engineers, and the intervenor-defendant, Cypress/Spanish Fort I, L.P., and against the plaintiff, D'Olive Bay Restoration and Preservation Committee, Inc., the plaintiff to have and recover nothing of the defendants; and that this action be and is hereby **DISMISSED with prejudice**.

**DONE** this 15th day of March, 2007.

s/ W. B. Hand
SENIOR DISTRICT JUDGE